AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

United States Courts
Southern District of Texas
FILED
*January 05, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.
Gustavo Adolfo Villatoro Prudencio

## CRIMINAL COMPLAINT

Case Number: M-25-0024-M

IAE   YOB: 1982
El Salvador

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __January 3, 2025__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

The Defendant being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony).

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Gustavo Adolfo Villatoro Prudencio was encountered by Border Patrol Agents near Abram, Texas, on January 3, 2025. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 3, 2025, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 8, 2024, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA T. Parran
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

January 5, 2025   at 11:01 AM

/s/ Juan Mendez-Soto
Signature of Complainant
Juan Mendez-Soto   Border Patrol Agent

J. Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer